JODY JOHNSON, et al.,

    Plaintiffs,

vs.                                                                                 Civ. No. 99-348 MV/WWD ACE

CITY OF HOBBS, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court as the result of an *in camera* inspection conducted pursuant to the Memorandum Opinion and Order I entered on April 25, 2000. In that order, I directed Defendants to produce the materials sought in Plaintiffs' Request for Production nos. 34 and 35 to the Court in their entirety for an *in camera* inspection. Defendants have complied with this order, and the inspection has now been made.

After balancing the interests of the parties, and taking into account the privacy concerns of the Defendant officers, I have determined that subject to an appropriate confidentiality order, the following pages should be produced to Plaintiffs, to wit[1]:

    Jeff Worth's personnel file: 103813-816, 838-842, 849-863, 898, 900, 913-916, 937-939, 942-948

    Laura Wall's personnel file: 103626-628, 631, 632-633, 641-646, 652 , 673-682, 738, 755-57

---

[1] I will utilize the entire Bates number at the beginning of a series; otherwise, I will only use the last three numbers in this order.

Sean Bates' personnel file: 100001-13, 16-19, 21-27, 33, 34-37, 42, 43-60, 68-80, 81-92, 108, 185-190.

Danny Carter's personnel file: 100234-237, 238-248, 258-269.

Mark Herrera's personnel file: 101646-659, 662-673, 675-678, 681-687, 715-724, 732-742, 842, 845-852, 863-864, 866-867, 869, 899-904

D. L. Kelley's personnel file: 101949, 970-973, 2003-2018

Chris Lyle's personnel file: 102428-429, 433-452, 453-484, 488, 549, 551-589

Kenneth Ragland's personnel file: 102972-977, 978-980, 983, 2998-3028, 43-44, 66-79, 81-84, 89

Mark Rhoads' personnel file: 103234-237, 239-250, 255, 287-288, 295-303, 336, 405-406, 407-408, 420-438, 499, 510.

The required production should be made to Plaintiff on or before June 13, 2000. Counsel for Defendants shall promptly retrieve the documents delivered to my office for the *in camera* inspection.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE