## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JODY JOHNSON, et al.,

     Plaintiffs,

vs.                                      No. CIV 99-0348 MV/WWD-ACE

CITY OF HOBBS, et al.,

     Defendants.

### CORRECTION TO MEMORANDUM OPINION AND ORDER

     The last sentence of paragraph two on page two of the Memorandum Opinion and Order dated May 29, 2001 is hereby corrected to read as follows:  "The parties agree that the class has not sought, and will not receive, monetary damages."


_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Attorney for Plaintiff:
     Daniel Yohalem
     Richard Rosenstock
     Debra Poulin

Attorney for Defendants:
     Gregory L. Biehler